1  Anthony R. Strauss – SBN 72842
   ars(at)strausslawgroup.com
2  **STRAUSS LAW GROUP, A Professional Corporation**
3  121 N. Fir St., Ste. F
   Ventura, California  93001
4  Telephone (805) 641.9992
5  Facsimile  (805) 641.9993

6  Attorneys for Plaintiffs Oceans II, Inc.,
7     Sonny Michel ("Mike") Gunther, and Debra Kennard

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| 10  OCEANS II, INC., a California Corporation; | **CASE NO.: CV12-6867 CAS (Ex)** |
| 11  SONNY MICHEL ("MIKE") GUNTHER, an individual; and | **Assigned: Judge Christina A. Snyder** |
| 12  DEBRA KENNARD, an individual, | **Complaint Filed: 8/9/12** |
| 13  Plaintiffs, | **JUDGMENT** |
| 14  | **AS AGAINST DEFENDANT** |
| 15  v. | **SKINNERVISION, INC., A** |
|     | **FLORIDA CORPORATION** |
| 16  SKINNERVISION INC., a Florida Corporation; KEVIN SKINNER, an individual; and DOES 1 through 10, inclusive, | |
| 19  Defendants. | |

---

1

**JUDGMMENT AS AGAINST DEFEDANT SKINNERVISION, INC.**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE that:**

THE COURT, having considered Plaintiffs' MOTION FOR DEFAULT JUDGMENT BY COURT, DECLARATION OF ANTHONY R. STRAUSS, DECLARATION OF SONNY MICHEL ("MIKE") GUNTHER, DECLARATION OF DEBRA KENNARD, other evidence, the arguments of counsel, all other matters presented to the Court, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT JUDGMENT BE ENTERED AS FOLLOWS:**

   a.   As to the First Claim for Relief, Judgment in favor of Oceans II, a California Corporation, against Skinnervision, Inc. as follows:

   i.   For breach of contract in the amount of $900,000.00;

   ii.  For unpaid fringe benefits in the amount of $51,000.00;

   iii. Interest on $951,000.00 at the rate of ten percent (10%) per annum ($260.55 per day) pursuant to California Civil Code section 3289(b) from December 9, 2011 until April 8, 2013, the date of this Judgment, in the amount of $126,627.30;

   iv.  Attorney's fees in the amount of $25,152.55 as established by the Schedule of Attorney's Fees for this Court (LR 55-3); and

   v.   Costs in the amount of $748.04;

For a total for the First Claim in the amount of $1,103,527.89.

   b.   As to the Eighth Claim for Relief, Judgment in favor of Debra Kennard against Skinnervision, Inc. as follows:

   i.   For the value of her services in the amount of $46,153.80.

For a total for the Eighth Claim in the amount of $46,153.80.

///

///

///

1       c.    On Both Claims for Relief:

2           i.    Post Judgment interest on all damages awarded at the rate of .13% per annum from the date of this Judgment.

**IT IS SO ORDERED.**

DATED:    April 9, 2013

                                      Judge Christina A. Snyder

CC: Fiscal