O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6867-CAS (Ex) | Date | September 23, 2013 |
|---|---|---|---|
| Title | OCEANS II INC ET AL. V. SKINNERVISION INC ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| M. SALCIDO for CATHERINE JEANG | N/A | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants | |
| N/A | | N/A | |

**Proceedings:**   **(IN CHAMBERS) PLAINTIFFS MOTION FOR DEFAULT JUDGMENT**  (filed August 2, 2013)

Plaintiffs seek entry of a default judgment against defendant Kevin Skinner ("Skinner"). The Court previously granted default judgment on plaintiffs' contract claims against defendant Skinnervision, Inc. ("Skinnervision"). Dkt. 20. By order dated September 9, 2013, the Court ordered plaintiffs to supply additional information demonstrating that Skinner is an alter ego of Skinnervision, and thus should be held jointly and severally liable on the default judgment against Skinnervision. Dkt. 32.

The Court is now in receipt of plaintiffs' filing of September 20, 2013, entitled "Further Documentation Pursuant to Court's order of September 9, 2013." Dkt. 33. In this filing, plaintiffs represent that they have "domesticated" their contract judgment against Skinnervision in the State of Florida, and are currently pursuing discovery in Florida state court regarding the relationship between Skinner and Skinnervision. Plaintiffs request that the Court grant them time to conduct this discovery because they anticipate that it will provide them information showing that Skinner is an alter ego of Skinnervision. Plaintiffs further request

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6867-CAS (Ex) | Date | September 23, 2013 |
|---|---|---|---|
| Title | OCEANS II INC ET AL. V. SKINNERVISION INC ET AL. | | |

permission to file an amended complaint formally adding an alter ego claim against defendant Skinner.

After considering plaintiffs' arguments, the Court grants plaintiffs' request for additional time to pursue discovery. After conducting this discovery, plaintiffs are directed to submit evidence showing that Skinner is an alter ego or successor in liability to Skinnervision, and thus should be held jointly and severally liable for the default judgment previously entered against Skinnervision. At that time, the Court will consider (1) whether plaintiffs are entitled to a default judgment against Skinner, and (2) whether plaintiffs should amend their complaint to add a claim for alter ego liability.

Plaintiffs are directed to lodge with the Court a report on the status of their discovery no later than **December 1, 2013.**

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | MS | | |